IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

MILAGROS A. MARTINEZ       :
                                    :
        v                     :         CIVIL ACTION NO. 14-4303
                                    :
CAROLYN W. COLVIN,        :
ACTING COMMISSIONER OF  :
SOCIAL SECURITY          :

### O R D E R

**AND  NOW**, this <u> 15th </u> day of <u>   July   </u>, 2016, upon consideration of Plaintiff's

request for review (Doc. No. 11), Defendant's response (Doc. No. 15), Plaintiff's reply (Doc.

No. 16), Plaintiff's request to consider subsequent award (Doc. No. 19), and after careful and

independent review of the Report and Recommendation of United States Magistrate Judge

Richard A. Lloret, it is **ORDERED** that:

1.      The Report and Recommendation is **APPROVED**  and **ADOPTED**;

2.      Plaintiff's Request for Review (Doc. No. 11) is **GRANTED**, and the matter is

          **REMANDED**  to the Commissioner of Social Security for further proceedings

          consistent with the Report and Recommendation (Doc. No. 20);

3.      Judgment is entered in favor of Plaintiff, **REVERSING** the decision of the

          Commissioner of Social Security for purpose of this remand only; and,

4.      The Clerk of Court shall mark this case **CLOSED** for all purposes.

          **IT IS SO ORDERED.**

                              **BY THE COURT:**

                              _____

                              **R. BARCLAY SURRICK, J**